TRINA A. HIGGINS, United States Attorney (#7349)
BRYANT L. WATSON, Assistant United States Attorney (#16980)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 29 '24 AM10:51

# SEALED

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFREDO YANEZ MARTINEZ,<br><br>Defendant. | <u>INDICTMENT</u><br><br>Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute<br><br>Count 2: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute<br><br>Count 3: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br><br>Count 4: 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Offense<br><br>Case: 2:24−cr−00183<br>Assigned To : Barlow, David<br>Assign. Date : 5/28/2024 |

The Grand Jury charges:

## COUNT 1
### 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about March 20, 2024, in the District of Utah,

### ALFREDO YANEZ MARTINEZ,

the defendant herein, did knowingly and intentionally possess with intent to distribute five

hundred (500) grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C.

§ 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C.

§ 841(b)(1)(A).

COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about March 20, 2024, in the District of Utah,

ALFREDO YANEZ MARTINEZ,

the defendant herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule

II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT 3
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about March 20, 2024, in the District of Utah,

ALFREDO YANEZ MARTINEZ,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit:

Taurus Brazil Arms, model G3C, pistol and associated ammunition, and the firearm and

ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

<u>COUNT 4</u>
18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)

On or about March 20, 2024, in the District of Utah,

ALFREDO YANEZ MARTINEZ,

defendant did knowingly and intentionally possess a firearm in furtherance of a drug

trafficking offense, to-wit: possession with intent to distribute methamphetamine as

charged in Count 1 and as fully incorporated herein; in violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of

any offense violating 18 U.S.C. §§ 922 or 924 or any violation of any other criminal law

of the United States, the defendant shall forfeit to the United States of America any

firearm or ammunition involved in or used in the commission of the offense, including,

but not limited to:

- Taurus Brazil Arms, model G3C, pistol (SN: ABM245217), and

- Associated Ammunitions.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRYANT L. WATSON
Assistant United States Attorney